IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAHZIEL PINEIRO,

    Plaintiff,

vs.                                   CIVIL ACTION NO.: CV206-070

UNITED STATES DEPARTMENT OF
JUSTICE; BUREAU OF PRISONS, and
Warden VASQUEZ,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that he filed his cause of action against the United States Department of Justice, the Bureau of Prisons, and Warden Vazquez as a tort claim, not as a Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971), cause of action.

Courts have a duty to look beyond the label a plaintiff attaches to a pleading and look to the substance of a plaintiff's allegations. See JBP Acquisitions, LP v. United States ex rel. F.D.I.C., 224 F.3d 1260, 1264 (11th Cir. 2000) (noting that a plaintiff cannot circumvent the misrepresentation exception to claims filed against the United States under the Federal Tort Claim Act by using "artful language"). In his Complaint, Plaintiff alleges that there was an insufficient number of staff at the Federal Correctional Institution in Jesup, Georgia, and, as a result, he was assaulted by three (3) other inmates. It appears that Plaintiff attempted to make a Bivens claim.

AO 72A
(Rev. 8/82)

Even if Plaintiff is correct that he asserted a tort claim of negligence against Defendants, he fails to state a cognizable claim under the Federal Tort Claims Act, ("FTCA"), 28 U.S.C.A. §§ 1346(b) and 2671, *et seq.* The purpose of the FTCA is to "'provide redress for ordinary torts recognized by state law.'" Stone v. United States, 373 F.3d 1129, 1130 (11th Cir. 2004) (quoting Ochran v. United States, 273 F.3d 1315, 1317 (11th Cir. 2001)). "The FTCA is a specific, congressional exception to the general rule of sovereign immunity [which] allows the government to be sued by certain parties under certain circumstances for particular tortious acts committed by employees of the government." Suarez v. United States, 22 F.3d 1064, 1065 (11th Cir. 1994). Plaintiff does not name the United States of America as a Defendant in this case.

The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**. The Clerk of the Court is authorized and directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 9th day of August, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)